[Cite as *06/02/2003 Case Announcements,* 2003-Ohio-2778.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
## June 2, 2003

## MOTION AND PROCEDURAL RULINGS

2002–0740.  Purvis v. Cincinnati Ins. Co.

Greene App. No. 2001CA104, 2002-Ohio-1803. This cause is pending before the court as an appeal and cross-appeal from the Court of Appeals for Greene County. Upon consideration of the motion of appellants/cross-appellees for leave to file additional authority,

IT IS ORDERED by the court that the motion for leave to file additional authority be, and hereby is, granted.

2003–0284.  N. Kingsville v. Maddox.

Ashtabula App. No. 2001–A–0052, 2002-Ohio-7122. This cause is pending before the court as a discretionary appeal. On May 16, 2003, appellant filed a motion for reconsideration. Whereas, the motion does not contain a proof of service as required by S.Ct.Prac.R. XIV(2)(C),

IT IS ORDERED by the court, sua sponte, that the motion for reconsideration be, and hereby is, stricken.

## MISCELLANEOUS DISMISSALS

2002–1454.  State ex rel. Weist v. Cuyahoga Cty. Bd. of Commrs.

In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relators' application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

2002–1455.  State ex rel. Weist v. Mason.

In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relators' application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

2003–0865.  State ex rel. Josephson v. Indus. Comm.

Franklin App. No. 02AP–823, 2003-Ohio-1673.

[Cite as *06/03/2003 Case Announcements,* 2003-Ohio-2802.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
## June 3, 2003

## MOTION AND PROCEDURAL RULINGS

1985–0007.  State v. Williams.

Cuyahoga App. No. 47853. By entry filed April 1, 2003, this court ordered that appellant's sentence be